JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMSHID NAZARIAN, M.D.;** and **BEVERLY HILLS INSTITUTE FOR BARIATRIC SURGERY**, a California Corporation<br><br>               Plaintiffs,<br>vs.<br>**CIGNA HEALTH AND LIFE INSURANCE COMPANY,** DBA Cigna; **CONNECTICUT GENERAL LIFE INSURANCE COMPANY,** and **DOES 1 THROUGH 100**<br>               Defendants. | Case No. 2:23-CV-05543-SPG-MAA<br>Hon. Sherilyn Peace Garnett<br><br>**ORDER RE JOINT STIPULATION AND REQUEST FOR DMISMISSAL WITH PREJDUICE**<br><br>**Original Complaint Date:** 7/11/2023 |

    The Court, having considered the accompanying Stipulation, and Request for Dismissal with Prejudice, and finding good cause therefore, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE.  Each party to bear its own attorney's fees, costs and expenses.

**DATED:** August 6, 2024

                                                      _____
                                                      Hon. Sherilyn Peace Garnett
                                                      UNITED STATES DISTRICT JUDGE